| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br>Thomas B. Ure, State Bar. No. 170492<br>URE LAW FIRM<br>811 WILSHIRE BLVD., SUITE 1000<br>LOS ANGELES, CALIFORNIA 90017<br>TEL: 213-202-6070; FAX: 213-202-6075<br><br>*Attorney for Debtors* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUL 12 2011**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY toliver    DEPUTY CLERK** |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:   TIMOTHY PAUL CROWDER<br><br>         MICHELLE MILBAUER CROWDER,<br><br>                                                      Debtor s. | CHAPTER ___7_____<br><br>CASE NUMBER:  **2:11-bk-21837-TD** |
| | (No Hearing Required) |

# ORDER GRANTING DEBTORS' MOTION FOR TURNOVER OF
# EXEMPT PROPERTY TO DEBTOR

The Court, having considered the Debtors' **MOTION FOR TURNOVER OF EXEMPT PROPERTY TO DEBTORS**, the Court records and files, and with good cause:

**IT IS HEREBY ORDERED:**

1. The funds in Debtors' Chase accounts totaling $4,482.53 are an exempt asset of the debtors;
2. The Los Angeles County Sheriff's Department is hereby ordered to release the $4,482.53 it received from debtors' Chase accounts pursuant to its levy.

###

DATED: July 12, 2011

_____
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**811 Wilshire Blvd, Suite 1000, Los Angeles, CA  90017**

A true and correct copy of the foregoing document described **ORDER ON DEBTORS' MOTION FOR TURNOVER OF EXEMPT PROPERTY TO DEBTOR S** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 6/14/2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 6/14/2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**UNITED STATES BANKRUPTCY COURT**
**Roybal Federal Building**
Honorable Thomas B. Donovan
255 E Temple Street, Suite 1352
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/14/2011 | Maricela Martinez | /S/  Maricela Martinez |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**SERVICE LIST**

**SERVED BY U.S. MAIL**

**DEBTOR**
TIMOTHY PAUL CROWDER
MICHELLE MILBAUER CROWDER
381 EAST POPPYFIELDS DRIVE
ALTADENA, CA 91001

**JPMorgan Chase Bank**
Attn: Jamie Dimon
Chief Executive Officer
1111 Polaris Parkway
Columbus, OH 43240

**JPMorgan Chase Bank**
C/O CT Corporations system
818 W. 7th St. 2nd Floor Suite #200
Los Angeles, CA 90017

**JPMorgan Chase Bank Court Orders and Levies**
P.O. Box 18164
Columbus, OH 43218-3164

**Levying Officer Sheriff's Department**
Los Angeles County
110 N. Grand Ave. Rm 525
Los Angeles, CA 90012

**CREDITORS**
BAC Home Loans Servicing, LP
P.O. Box 10219
Van Nuys, CA 91410-0219

BAC Home Loans Servicing, LP
P. O. Box 650070
Dallas, TX 75265-0070

Bank of America
P.O. Box 15710
Wilmington, DE 19886-5710

Bank of America
P.O. Box 851001
Dallas, TX 75285-1001

Beneficial
P.O. Box 60101
City Of Industry, CA 91716

Brooke Balliett
917 Fremont #149
South Pasadena, CA 91030

GE Money Bank
P.O. Box 960061
Orlando, FL 32896-0061

HSBC/Beneficial
P.O. Box 5253
Carol Stream, IL 60197

Huntington Hospital
c/o Grant & Weber
26575 West Agoura Road
Calabasas, CA 91302

Indymac Bank
P.O. Box 78826
Phoenix, AZ 85062-8826


Los Angeles Federal Credit Union
P. O. Box 53032
Los Angeles, CA 90053

Los Angeles Ferderal Credit Union
P. O. Box 53032
Los Angeles, CA 90053

Nelnet
Attn: Claims
Po Box 17460
Denver, CO 80217
Ocwen Loan Servicing L
12650 Ingenuity Dr
Orlando, FL 32826

Open Systems Mri P
c/o Valley Creditors Svs
P.O. Box 1518
Palm Desert, CA 92261

Pacific Valley Medical Group
c/o CMREFinancial Services Inc
3075 E Imperial Hwy, Suite 200
Brea, CA 92821

Prospectors Federal Credit Union
c/o Law Offices of Alana B. Anaya
9440 Reseda Blvd #205
Northridge, CA 91324

Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101

Real Time Resolutions, Inc
P.O. Box 35888
Dallas, TX 75235-0888

Sallie Mae
Attn: Claims Dept
Po Box 9500
Wilkes Barre, PA 18773

Schaefer Ambulance Serv Inc
c/o Gess And Associates
Po Box 3437
Winnetka, CA 91396

The Hill Medical Corporation
c/o CBC Grant Mercantile A
49099 Road 426
Oakhurst, CA 93644

US Bank N.A.
c/o Winn Law Group
110 E. Wilshuire Ave, Suite 212
Fullerton, CA 92832-1109

Waldvogel Robin M.D.
c/o CMRE Financial Services Inc
3075 E Imperial Hwy, Suite 200
Brea, CA 92821

Washington Mutual
P.O. Box 1093
Northridge, CA 91328

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify* **ORDER GRANTING DEBTORS' MOTION FOR TURNOVER OF EXEMPT PROPERTY TO DEBTORS** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____6/14/2011_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Sam S Leslie (TR)    sleslie@trusteeleslie.com, sleslie@ecf.epiqsystems.com;trustee@trusteeleslie.com
**United States Trustee (LA)**                                                           ustpregion16.la.ecf@usdoj.gov
**Thomas B Ure**                                                                          tbuesq@aol.com, ThomasUre@aol.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtors**
TIMOTHY PAUL CROWDER
MICHELLE MILBAUER CROWDER
381 EAST POPPYFIELDS DRIVE
ALTADENA, CA 91001

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached pages